Order entered December 20 2018



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00896-CV

### IN RE ASSOCIATED TRUSS COMPANY, Relator

**Original Proceeding from the County Court at Law No. 1**
**Dallas County, Texas**
**Trial Court Cause No. CC-14-06332-A**

## ORDER
Before Justices Bridges, Brown, and Boatright

Based on the Court's opinion of this date, we **CONDITIONALLY GRANT** relator's petition for writ of mandamus and **LIFT** the Court's November 14, 2018 stay of all trial court proceedings. We **ORDER** the trial court to issue a written ruling vacating its June 11, 2018 mistrial order and to sign a judgment on the verdict within thirty days from the date of this order. We further **ORDER** the trial court to file with this Court, within forty-five (45) days of the date of this order, a certified copy of its order and judgment issued in compliance with this order and with the Court's opinion of this date. Should the trial court fail to comply with this order, the writ will issue.

/s/    DAVID L. BRIDGES
        JUSTICE